FILED
JAMES J. WALDRON, CLERK

SEP 03 2013

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Prepared by:**

**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
Brian T. Crowley, Esq. (BC 2778)

*Attorneys for Plaintiff Melanie L. Cyganowski,*
*Chapter 11 Trustee*

and

**OTTERBOURG, STEINDLER, HOUSTON**
**& ROSEN, P.C.**
230 Park Avenue
New York, New York 10169-0075
(212) 661-9100
David Posner, Esq. (*pro hoc vice*)

*Counsel for Melanie L. Cyganowski*
*Chapter 11 Trustee*

**WEBBER McGILL LLC**
760 Route 10, Suite 104
Whippany, New Jersey 07981
(973) 739-9559
Douglas J. McGill, Esq. (DM 0436)

*Local Counsel for AngioDynamics, Inc.*

and

**BOND SCHOENECK & KING, PLLC**
One Lincoln Center
Syracuse, New York 13202
(315) 218-8000
Joseph Zagraniczny, Esq. (*pro hoc vice*)
Stephen A. Donato, Esq. (*pro hoc vice*)

*Counsel for AngioDynamics, Inc.*

| | |
|---|---|
| In re<br><br>BIOLITEC, INC.,<br><br>           Debtor. | Case No. 13-11157 (DHS)<br><br>Hon. Donald H. Steckroth<br><br>Chapter 11 |
| MELANIE CYGANOWSKI, CHAPTER 11 TRUSTEE FOR BIOLITEC, INC. AND ANGIODYNAMICS, INC.<br><br>v.<br><br>BIOLITEC U.S. INC.; BIOLITEC AG; BIOLITEC MEDICAL DEVICES, INC.; BIOMED TECHNOLOGY HOLDINGS LTD.; CERAMOPTEC INDUSTRIES, INC.; BIOLITEC HOLDING US, INC.; BIOLITEC FZ LLC; WOLFGANG NEUBERGER; JACK FURCHT; SCOTT COTE; CEMAL SAGNAK; DAMIAN PLANGE; JOHN DOE AND JANE DOE | Adv. Pro. No.: 13-1883 (DHS) |

Sept 3, 2013

2202417.1 8/29/2013

USBJ

| Debtor: | BIOLITEC, INC. |
| Case No: | 13-11157 (DHS) |
| Adv. Pro. | MELANIE CYGANOWSKI, CHAPTER 11 TRUSTEE FOR BIOLITEC, INC. and ANGIODYNAMICS, INC. v. BIOLITEC U.S., INC., ET AL. |
| Adv. Pro. No. | 13-1883 (DHS) |
| Caption of Order: | ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS |

## ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

The relief set forth on the following pages is hereby:

**ORDERED**

**THIS MATTER** being brought before the Court by Plaintiffs Melanie Cyganowski, as

Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Biolitec, Inc. (the "Debtor"), by and

through her counsel, Otterbourg, Steindler, Houston & Rosen, P.C. and McDonnell Crowley

LLC, and AngioDynamics, Inc. ("ADI"), by its attorneys, Bond Schoeneck & King, PLLC and

Webber McGill, LLC seeking relief by way of Order to Show Cause with temporary restraints

pursuant to Federal Rule of Bankruptcy Procedure 7065, based on the facts set forth in the

Complaint and the brief filed in support of the application; and good and sufficient notice having

provided to counsel for Defendants; and the Court having determined that it has jurisdiction over

this action pursuant to 28 U.S.C. § 1334; and it appearing that immediate irreparable damage will

result before the return date of this Order to Show Cause; and for good cause shown:

IT IS on this 3 day of ~~August~~ Sept, 2013:

**ORDERED** that Defendants Biolitec US, Inc ("New Biolitec"), Biolitec AG ("AG").

Biolitec Medical Devices, Inc. ("BMD"), Biomed Technology Holdings, Ltd. ("Biomed"),

Ceramoptec Industries, Inc. ("Ceramoptec"), Biolitec Holding US, Inc. ("Holding"), Biolitec FZ

LLC ("BFZ"), Wolfgang Neuberger ("Neuberger"), Jack Furcht ("Furcht"), Scott Cote ("Cote")

Cemal Sagnak ("Sagnak"), Damian Plange ("Plange"), John Doe and Jane Doe (collectively, the

"Defendants"), shall appear and show cause before the Honorable Donald H. Steckroth, United

States Bankruptcy Judge at the United States Bankruptcy Court, District of New Jersey, 50

2

Debtor:              BIOLITEC, INC.
Case No:             13-11157 (DHS)
Adv. Pro.            MELANIE CYGANOWSKI, CHAPTER 11 TRUSTEE FOR BIOLITEC, INC. and
                     ANGIODYNAMICS, INC. v. BIOLITEC U.S., INC., ET AL.
Adv. Pro. No.        13-1883 (DHS)
Caption of Order:    ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

Walnut Street, Third Floor, Newark, New Jersey, 07102, Courtroom B (the "Bankruptcy Court"),

on the 23ʳᵈ day of ~~August~~ Sept., 2013, at 1:00 o'clock in the after noon or as soon thereafter as

counsel may be heard, why an order should not be entered:

     A.     Enjoining Defendants preliminarily and during the pendency of this action from

soliciting, canvassing or accepting any business or transaction from the Debtor's customers for

New Biolitec, BMD, Holding, or any person, firm corporation of business similar to or in

competition with any business of Debtor;

     B.     Enjoining Defendants from soliciting any of Debtor's former or prospective

customers or accepting any business or transaction with Debtor's former or prospective

customers;

     C.     Enjoining Defendants preliminarily and during the pendency of this action from

contacting or communicating in any way with any of Debtor's former or prospective customers

or attempting in any way to induce any of Debtor's former or prospective customers to curtail or

cancel its business with AngioDynamics;

     D.     Enjoining Defendants preliminarily and during the pendency of this action from

possessing, accessing or using any proprietary, confidential or other protectable information

formerly owned by the Debtor, including, but not limited to, any lists of former or prospective

customers of the Debtor;

     E.     Enjoining Defendants from filing or maintaining any pleading, action or

proceeding impairing, or seeking to impair, AngioDynamics's possession or use or the value of

the assets purchased from the Debtor;

| | |
|---|---|
| Debtor: | BIOLITEC, INC. |
| Case No: | 13-11157 (DHS) |
| Adv. Pro. | MELANIE CYGANOWSKI, CHAPTER 11 TRUSTEE FOR BIOLITEC, INC. and ANGIODYNAMICS, INC. v. BIOLITEC U.S., INC., ET AL. |
| Adv. Pro. No. | 13-1883 (DHS) |
| Caption of Order: | ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS |

F. Granting Plaintiffs rights to expedited discovery and access to Defendants' files and computers to confirm compliance with any injunctive relief granted by the Court;

G. Granting such other and further relief as the Court deems just and proper; and it is

**FURTHER ORDERED** that, pending the hearing on the return date of this Order to Show Cause, each Defendant, and any party with notice or knowledge of this Order to Show Cause is temporarily enjoined and restrained from:

A. soliciting, canvassing or accepting any business or transaction for New Biolitec, BMD, Holding, or any person, firm corporation of business similar to or in competition with any business of Debtor;

B. soliciting any of Debtor's former ~~or prospective~~ customers or accepting any business or transaction with Debtor's former ~~or prospective~~ customers;    *DHS*

C. contacting or communicating in any way with any of Debtor's former ~~or prospective~~ customers or attempting in any way to induce any of Debtor's former ~~or prospective~~ customers to curtail or cancel its business with AngioDynamics;    *DHS*

D. filing or maintaining any pleading, action or proceeding impairing, or seeking to impair, AngioDynamics's possession or use or the value of the assets purchased from the Debtor;

E. continuing to provide services to any former customer of the Debtor; or

F. possessing, accessing or using any proprietary, confidential or other protectable information formerly owned by the Debtor, including, but not limited to, any lists of former ~~or prospective~~ customers of the Debtor; and it is    *DHS*

~~FURTHER ORDERED that, Defendant Neuberger shall personally appear and testify at the return date of this Order to Show Cause; and it is~~    *DHS*

| | |
|---|---|
| Debtor: | BIOLITEC, INC. |
| Case No: | 13-11157 (DHS) |
| Adv. Pro. | MELANIE CYGANOWSKI, CHAPTER 11 TRUSTEE FOR BIOLITEC, INC. and ANGIODYNAMICS, INC. v. BIOLITEC U.S., INC., ET AL. |
| Adv. Pro. No. | 13-1883 (DHS) |
| Caption of Order: | ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS |

**FURTHER ORDERED** that,

A.      Plaintiffs shall serve a copy of this Order to Show Cause, their Verified Complaint and Brief upon counsel for Defendants, Trenk, DiPasquale, Della Fera & Sodono, P.C. and the Griffith Firm by facsimile or electronic mail and by regular mail within _1_ day(s) of the date hereof;

B.      Defendants shall file and serve a written response to this Order to Show Cause on or before ~~August~~ _Sept 12, 2013_ ~~,2013~~. Defendants must also send a courtesy copy of any opposition papers directly to Judge Steckroth at the address listed above. Defendants shall also simultaneously serve, by facsimile or electronic mail, and by regular mail, their opposition papers upon all counsel for the Plaintiffs;

C.      Plaintiffs must file and serve any reply to the Defendants' opposition by September _18_, 2013;

D.      Pursuant to Fed.R.Civ.P. 65(b)(4), Defendants may move to dissolve or modify the temporary restraints contained herein on two (2) business days notice to counsel for the Plaintiffs;

E.      Pursuant to Fed.R.Bankr.P. 7065, Plaintiffs shall not be required to post a bond under Fed.R.Civ.P. 65(c);

F.      If Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that Plaintiffs will file a proof of service and proposed form of order at least _2_ days prior to the return date;

| | |
|---|---|
| Debtor: | BIOLITEC, INC. |
| Case No: | 13-11157 (DHS) |
| Adv. Pro. | MELANIE CYGANOWSKI, CHAPTER 11 TRUSTEE FOR BIOLITEC, INC. and ANGIODYNAMICS, INC. v. BIOLITEC U.S., INC., ET AL. |
| Adv. Pro. No. | 13-1883 (DHS) |
| Caption of Order: | ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS |

     G.    The Court will entertain argument and testimony, on the return date of the Order

to Show Cause, unless the ~~Court and~~ parties are advised to the contrary no later than ___ Sept. 20, 2013. ~~day(s)~~)

~~before the return date.~~

###