

**biolitec Acquisition
Customer FAQ's**

1. I have a contract with biolitec, how do I transfer it to AngioDynamics?
    a. Your contract with biolitec is an asset that AngioDynamics is acquiring as part of the bankruptcy proceeding. We will honor your current kit purchase contract and pricing – the only thing you need to do is sign an addendum to your current biolitec agreement. Additionally, we will provide an AngioDynamics laser to all biolitec customers and will serve as the kit provider.

2. Are my prices going to increase?
    a. All contracted prices will remain the same; if you do not have contracted pricing from biolitec we will lock your current kit prices with your standing order.

3. Are you going to continue to manufacture and sell the same biolitec laser vein ablation products?
    a. No, biolitec lasers and fibers will no longer be legally marketed in the US. You will be able to purchase AngioDynamics lasers and fibers upon the same terms as you purchased lasers and fibers from biolitec.

4. Will the biolitec Radial kits interface with the new AngioDynamics laser?
    a. No, biolitec Radial fibers are not compatible with any other lasers. Continue using your biolitec 1470 nm laser and kits until your inventory has been depleted. Once your biolitec inventory is depleted, your AngioDynamics sales rep will install, as well as train you on, a new AngioDynamics laser and procedure kits.

5. Do you have the same or comparable technology?
    a. Yes, AngioDynamics' VenaCure EVLT endovenous laser vein treatment offers patients a proven, minimally-invasive choice for treating the source of their varicose veins and provides them with immediate recovery and a return to normal daily routines. The VenaCure EVLT system includes 1470 nm and 810 nm diode lasers; a choice of procedure kits, including the covered-tip NeverTouch fibers and new NeverTouch Direct fiber; procedure accessories; and extensive marketing materials and support. For more information on these products, including our proprietary NeverTouch fiber technology, please visit *www.VenaCure-EVLT.com*.

6. I'm used to the Radial fiber, what options do you have that are similar?
    a. AngioDynamics' NeverTouch Direct fiber and NeverTouch .018 kits are the most similar to what you are accustomed to using with biolitec's Radial fiber.

7. When will I get my new laser?
    a. If you would like to use your existing Biolitec inventory, we will work with you to schedule the laser delivery and in-service prior to the depletion of your current supply to ensure no disruption to your practice. AngioDynamics will then supply your laser and in-service you immediately.

8. Are the treatment parameters the same?
    a. The recommended treatment parameters for laser ablation with a 1470 nm laser are 5–7 watts at 30–50 joules/cm. The recommended treatment parameters for laser ablation with an 810nm laser are 10–14 watts at 50–80 joules/cm. AngioDynamics Clinical Specialists are available to further educate you on the treatment parameters of each of our lasers.

9. Will my current safety glasses work?
    a. Each laser wavelength has its own specific safety eyewear. Be sure to confirm compatibility upon receipt of your new AngioDynamics laser. New glasses will be included in your laser shipment.

10. What should I do with my current Biolitec 1470nm laser once I install my new AngioDynamics laser?
    a. You will be provided an AngioDynamics laser with a complete warranty. Upon installation of your new laser, your AngioDynamics sales rep will remove your old biolitec laser.

11. I currently own my biolitec 1470nm laser; will I own the new AngioDynamics laser?
    a. Yes, your practice will own the new AngioDynamics laser.

12. I'm currently in a kit purchase program; will I own the new AngioDynamics laser?
    a. The terms of your agreement will not change. If your contract states that you will own your laser once the contract has been satisfied, then yes, you will own the new AngioDynamics laser upon completion of your contract.

13. I currently lease my laser, and I'm still making payments. What do I do now?
    a. Continue making payments as usual, nothing will change.

14. How do I order product?
    a. To order product, contact AngioDynamics Customer Service directly at 800-772-6446.

15. Will I need to call Customer Service and establish myself with AngioDynamics as a new customer with credit application, etc.?
    a. An AngioDynamics Customer Service representative will reach out to each practice to establish them as a customer with our ordering system to ensure all account information is accurate. If you have any questions, please contact Customer Service at 800-772-6446.

16. When and how will I be trained?
    a. AngioDynamics offers multiple training opportunities, including our comprehensive two-day course, in-office in-services/proctoring sessions, and other opportunities. AngioDynamics Clinical Specialists who specialize in endovenous laser ablation also are available. Please speak with your sales representatives about upcoming training opportunities.

17. How can I take advantage of your practice development program?
    a. As soon as you amend your agreement and/or establish your account with AngioDynamics, your practice will be added to our physician locator and you will be provided with your login credentials for our online media site. You will then have access to our MVP program for Maximizing VenaCure EVLT Potential. Our marketing support program consists of a wide range of ready-to-use materials, as well as customizable, targeted marketing tools, and includes personalized advice to determine what elements will work best for a specific practice. Specifically, the program includes multiple templates for print advertising, customizable promotional exam and waiting room posters, a procedure tutorial, practice development information and documents, front office training and forms, patient brochures, a patient education DVD, and a reimbursement and billing guide.