From: "rwallace@AngioDynamics.com<mailto:rwallace@AngioDynamics.com>" <rwallace@AngioDynamics.com<mailto:rwallace@AngioDynamics.com>>

To: kellyodonnellmd@yahoo.com<mailto:kellyodonnellmd@yahoo.com>

Cc: TGalski@AngioDynamics.com<mailto:TGalski@AngioDynamics.com>

Sent: Tuesday, August 27, 2013 10:55 PM

Subject: Re: URGENT: AngioDynamics/Biolitec

Dr. O'Donnell,

I'm starting to think I ran over your dog or something with your continued push back to consider AngioDynamics, especially under the circumstances where it's not going to cost the center anything.

I was encouraged back in February when you trailed the laser and had given it your clinical acceptance that we were close to gaining your business but clearly from the attached Biolitec contract you ended up renewing with your current vendor.

In addition, while the recent Biolitec judgment had the potential to cause disruption to their current customers, I was excited that AngioDynamics would allow for a seamless transition at no cost to your practice by honoring your contracted pricing agreement along with providing an even exchange of your laser.

However, based on our exchange of emails thus far it appears that laser has been phased out of your practice and you wish to void the 2 year contract you signed just last May.

While I'm disappointed at the news I'll respect your decision to move away from use of laser. I did want to be upfront that by canceling your current Biolitec contract AngioDynamics will not be able to honor your current Biolitec fiber cost in the future. We also won't be able to provide you with a unit at no cost. To fully execute the cancelation of the contract and based on section 5 of attached Biolitec contract I will need to come pick up the Biolitec laser Friday to return back to

corporate. I have a meeting at 12:30 in Baltimore so I will be by first thing in the morning to pick up the Biolitec 1470.

Best regards,

Best regards,

Ryan Wallace

Peripheral Vascular Specialist, Baltimore
angiodynamics

Mobile +1 443.878.7845
F +1 518.932.0681
rwallace@angiodynamics.com<mailto:rwallace@angiodynamics.com>
NASDAQ:ANGO

On 8/26/13 6:49 PM, "Kelly O'Donnell" <kellyodonnellmd@yahoo.com<mailto:kellyodonnellmd@yahoo.com><mailto:kellyodonnellmd@yahoo.com>> wrote:

I am not using many fibers and have all shipments on hold. I don't want to get into an agreement with angiodynamics at this time but have your contact info and will let you know!!

Sent from my iPhone

On Aug 26, 2013, at 5:24 PM, <rwallace@AngioDynamics.com<mailto:rwallace@AngioDynamics.com><mailto:rwallace@AngioDynamics.com>> wrote:

Dr. O'Donnell,

3

I wanted to follow up to schedule a time we might be able to speak live regarding the current Biolitec/AngioDynamics situation and what role it plays with your practice.

Currently AngioDynamics is simply carrying out current contracts we received in the Biolitec acquisition. This has been a welcome transition with current customers as AngioDynamics is making no changes to existing contracts. We're holding current fiber pricing and swapping out biolitec laser at no cost to the customer. Additional sites now have the support and backing from a very well established laser company.

Why it's important we speak live is because with the company making no changes to existing Biolitec contracts fibers are schedule to be shipped out as they had been when Biolitec was in place. That being the case your first shipment of laser fibers is scheduled in our system and having several different options length wise I wanted to make sure I specify which length fibers we send you. I also need to get working on getting you a laser so you can use the fibers.

Please reach out to me at your earliest convenience.

Best regards,

[Description: Description: Description: http://bettertogether.angiodynamics.com/sites/default/files/adlogo.jpg]

Ryan Wallace

Peripheral Vascular Specialist, Baltimore

angiodynamics

Mobile +1 443.878.7845

F +1 518.932.0681

rwallace@angiodynamics.com<mailto:rwallace@angiodynamics.com><mailto:rwallace@angiodynamics.com><mailto:rwallace@angiodynamics.com>

NASDAQ:ANGO

NOTICE: This e-mail message and any attachments may

contain legally privileged and confidential information intended

solely for the use of the intended recipients. If you are not an

intended recipient, you are hereby notified that you have

received this message in error and any review, dissemination,

distribution, copying, or other unauthorized use of this email

and any attachment is strictly prohibited. If you have received

this email in error, please notify the sender immediately and

delete the message and any attachments from your system.



NOTICE: This e-mail message and any attachments may

contain legally privileged and confidential information intended