

# ELVeS PL®-1470

## The Gentle Standard in Endovenous Therapies.



Endo Laser Vein System

www.biolitec-us.com

# Why ELVeS PL®-1470?

In the area of laser medicine, biolitec® stands for state-of-the-art diode laser and optical fiber technology.

As a global pioneer in endovenous laser ablation, biolitec places a primary emphasis on the standardization of treatment and training of physicians treating with the ELVeS PL®-1470 system.

ELVeS PL® provides a unique opportunity for expanding your practice, improving patient outcomes and maximizing your return on investment.
ELVeS PL®-1470 is a unique solution so you can focus on treating your patients.

## A complete solution

- ELVeS PL®-1470 diode laser platform
- ELVeS PL®-1470 laser delivery system
- ELVeS PL®-1470 patient education material
- Field sales support and customer service
- On-Site training
- Global network of key opinion leaders and training centers

## A unique technology

- Operating wavelength provides a virtually pain-free experience
- State-of-the-art functionality
- Superior ease of use
- Dedicated ELVeS PL®-1470 software features
- Unmatched reliability
- Color display with touch controls
- Compact and portable for clinic and office use
- No special electrical requirements necessary



The Original by biolitec®

### ELVeS PL®-1470



| Specifications | |
|---|---|
| Laser type | diode laser |
| Wavelength | 1470nm ± 30nm |
| Operating mode | Pulsed, continuous wave |
| Aiming beam | 635nm, 4mW (max), adjustable intensity |
| Pulse duration | 0.01 – 20.00 seconds |
| Dimensions | 8.7L × 10.25W × 15H (in); 220L × 260W × 380H (mm) |
| Output | Up to 15Watts ± 20 % |
| Power supply | 100-240 VAC; 50 – 60 Hz |
| Weight | 16.5 lbs (7.5 kg) |

# Contact us
## to learn more about a whole new world of minimally invasive laser therapies



**biolitec U.S. Inc.**
515 Shaker Road
East Longmeadow, MA 01028
United States of America
Phone: +800 321 0790
Fax: +415 525 0611
E-Mail: info@biolitec-us.com
www.biolitec-us.com

**biolitec SIA**
Kaniera iela 10a
Riga 1063
Latvia
Phone: +371 653 436 46
Fax: +371 653 076 78



ELVeS® and biolitec® are registered trademarks of biolitec.
© biolitec all rights reserved.



ML 290 REV. G 08/13

# ELVeS PL®-1470
## A unique and complete solution for the treatment of venous insufficiency.

biolitec®, a global pioneer in state-of-the-art medical laser technology, is proud to introduce ELVeS PL®-1470, a minimally invasive, relatively pain-free procedure for the treatment of venous reflux disease. This unique procedural system operates at 1470nm – the optimum wavelength for endovenous laser therapy – which requires less energy and power to produce successful patient outcomes. This reduction in power also results in a dramatic reduction in patient discomfort.

## The ELVeS PL®-1470 procedure can be performed on an outpatient basis with these key patient benefits.

— Maximum patient comfort – less post-operative pain, bruising and swelling
— Excellent medical and cosmetic results
— Quick return to normal activities
— Short treatment time

Venous reflux disease is a common condition. Up to 40% of women and 20% of men suffer from symptoms such as fatigue, pain and swelling of lower limbs. Primary causes include congenital connective tissue weakness, hormonal changes and long periods of standing and sitting. Impaired veins can be more than a cosmetic problem. Left untreated venous reflux disease can progress to skin changes, discoloration, inflammation and venous ulcer.

## ELVeS PL®-1470 Fast and effective treatment.

ELVeS PL®-1470 offers the optimum treatment solution for an effective and gentle endovenous laser therapy and is setting new standards for patients and users. The ELVeS PL®-1470 System features a proprietary, patent pending design for a safe and simple approach – performing endovenous laser therapy has never been more convenient. Delivering homogenous laser energy at 1470nm based on a unique fiber design, ELVeS PL®-1470 minimizes the risk of vein perforations and assures high echogenic visibility. The 1470nm laser energy is preferentially absorbed in the intracellular water of the vein wall. The irreversible photo-thermal process induced by the laser energy results in excellent occlusion rates of the treated vein.



## ELVeS PL®-1470 A painless approach to treatment

"The ELVeS PL®-1470 procedure minimizes any post-operative inflammatory pain and bruising, due to a 40 times greater absorption coefficient in water compared to 810-980nm lasers targeting hemoglobin. Biolitec's combination of the 1470nm water targeted wavelength in conjunction with the radial emitting fiber is the perfect combination to thermally ablate refluxing trunks and accessory veins with minimal pain, bruising and need for pain medication. We have now achieved excellent efficacy with almost no short term side effects". *

## Performing the procedure



— The ELVeS PL®-1470 procedure is performed under ultrasound guidance
— Following percutaneous entry into the saphenous vein, the ELVeS PL®-1470 laser delivery system is advanced towards the sapheno-femoral junction
— The laser procedure is carried out along the entire length of the incompetent vein under continuous pull back of the ELVeS laser delivery system
— The complete treatment takes about 20-35 minutes; patients can return to normal activities immediately

John Mauriello, M.D., FACPh
* Mauriello J, Sanchez EJ, et al. Prospective randomized split-extremity trail of a 1470nm laser and radio frequency closurefast for endovenous thermal ablation of saphenous veins. XXIV World Congress International Union of Angiology April 21-25, 2010