Home  Imprint  Sitemap  Privacy Policy



Discover a healthy future
We are always here to help you.



About Us　　Products　　Patients　　Medical Providers　　News / Events　　Contact Us

Search

**Contact Us**

- U.S. Visitors
- International Visitors
- Request a Quote
- Request a Free Fiber
- Investigator Interest Form
- Become a biolitec Distributor
- Rental Information

## U.S. Visitors

### U.S. Headquarters - We want to hear from you.

**biolitec U.S. Inc**
515 Shaker Road
East Longmeadow, MA 01028
Telephone: 800-321-0790
Fax: 413-525-0611

International visitors **click here**.

Thank you for your interest in biolitec. Let us know how we may assist you.

**Patients & Family**

- Locate a Doctor
- Ask a Question

Medical Professionals

- Request Information / Quote
- Rental Information
- Investigator Interest Form

**OEM / Distributors**

- Request Information / Quote
- Become a Distributor

Please use the following form for your query.
* Mandatory fields

**First Name:*

**Last Name:*

**Email:*

**Organization:**

**Street:**

**City:**

**State/Province:**

**ZIP:**

**Telephone:**

**Comments / Questions:**

**Request more information on our lasers**
[Click Here]

**Evolution of medical lasers**



Request our educational DVD
[Click Here]

**Locate a doctor near you**
[Click Here]

**Privacy Policy***

☐ I agree to the Privacy Policy Statement.

[submit]

Copyright © 2013 biolitec U.S. Inc
All rights reserved.

Back to Top    Recommend page