**From:** Wolfgang Neuberger <Wolfgang.Neuberger@biolitec.com>
**Sent:** Monday, August 12, 2013 11:45 AM
**To:** MCyganowski@oshr.com
**Cc:** Edward Griffith; DPosner@oshr.com
**Subject:** confirmation of past constructive termination

Dear Judge Cyganowski:

Since your appointment as chapter 11 Trustee, I was constructively terminated from my positions as Chief Operating Officer and a director of Biolitec, Inc. In case it is determined that I still hold those positions, I hereby resign from them effective immediately.

Sincerely,

Wolfgang Neuberger