# EXHIBIT 11

# BIOLITEC, INC.
515 Shaker Road
East Longmeadow, MA 01028

*Melanie L. Cyganowski, Chapter 11 Trustee*
c/o Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 28th floor
New York, NY    10169
mcyganowski@oshr.com
212-905-3677

August 14, 2013

Mr. Jack Furcht
1530 Tanglewood Drive
West Chester, PA 19380

Dear Mr. Furcht:

I am the Trustee who was appointed in the bankruptcy case of Biolitec, Inc. ("B-Inc.") which is pending in the Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). You may be aware that the Bankruptcy Court recently approved my entering into an agreement with AngioDynamics, Inc. ("ADI") for the purchase and sale of B-Inc.'s assets to ADI.

I write to advise you that, because of the current status of B-Inc's business and the contemplated sale of the company to ADI, your employment with B-Inc. is being terminated effective as of the close of business on Friday, August 16, 2013 (the "Date of Termination"). I regret that I am not able to give you this notice in person.

Because of the contemplated sale of the company to ADI, you may be contacted by ADI or another third party regarding future employment. However, I cannot assure or guaranty that this may occur.

Please be further advised that you will be paid for your employment services through and including the Date of Termination. Additionally, you will receive payment for any unused, accrued vacation days in your final paycheck. If you currently receive your pay by direct deposit, your final paycheck will be directly deposited into your account in accordance with past practice. If you do not receive your paycheck by direct deposit, your final check will be mailed to you.

In addition, you will receive a separate letter that includes information about your eligibility for continuation of group health coverage pursuant to the Consolidated Omnibus Budget Reconciliation Act ("COBRA"). It is my understanding that you are eligible for COBRA continuation of group health coverage, consistent with the materials that will be separately sent

3134131.1

to you, for so long as CeramOptec, Inc. is in business and continues to maintain its group health insurance plan. **In the event that CeramOptec, Inc. is no longer in business and/or ceases the continuation of the group health insurance plan, it is my understanding that you will no longer be eligible for COBRA continuation benefits.**

If you have been covered by B-Inc.'s group health insurance policy, then you will continue to be covered for health insurance until September 14, 2013. After that date, you will no longer be covered by the group health insurance policy of B-Inc. If you wish to continue your group health insurance coverage, you must follow the procedures outlined in the attached materials regarding COBRA continuation.

In addition, if you have invested funds in B-Inc.'s 401(k) plan administered by Fringe Benefit Management, you can continue to maintain your funds in the 401(k) plan for so long as CeramOptec, Inc. is in business and continues to maintain the 401(k) plan. **In the event that CeramOptec, Inc. is no longer in business and/or ceases the continuation of the 401(k) plan, it is my understanding that you will no longer be able to continue to maintain funds with the current 401(k) plan.** I cannot offer you any advice with respect to investments in the 401(k) plan. However, it is my understanding that you may at any time transfer funds to a similar qualifying plan with another plan administrator or withdraw funds from the 401(k) plan subject to applicable laws and tax treatment. If you have any questions about the 401(k) plan, please contact the plan administrator, whose contact information is as follows:

> Holly Robert
> Fringe Benefit Management
> PO Box 20237
> Worcester, MA 01602-0237
> Phone: 508-755-6610
> Fax: 508-795-1098
> Email: hmrobert@cfnmail.com

It is important that you **immediately** return all company items to my representative (Wolfgang Tsoutsouris of Development Specialists, Inc.), who will be onsite at B-Inc.'s offices at 515 Shaker Road, East Longmeadow, MA 01028, and in no event later than the Date of Termination unless you make other arrangements in advance of the Date of Termination with Mr. Tsoutsouris. Company items that are to be returned include any company owned laptop, equipment, your office key, "Demo" units, and all records or other documents belonging to B-Inc. If you fail to return any of the foregoing items, or if they are returned damaged, you may be held personally liable and I reserve the right to seek damages in the full amount of the unreturned or damaged items, which will likely exceed $1,000, plus attorney's fees.

If you are in possession of a company owned vehicle, you will be contacted separately to make arrangements for the return of the vehicle.

You may contact Mr. Tsoutsouris by email at wtsoutsouris@dsi.biz or his office at 212-425-4141, Ext 7599.

You may be eligible for unemployment benefits. Please consult the enclosed documents prepared from The Commonwealth of Massachusetts Executive Office of Labor and Workforce Development, Department of Unemployment Assistance, for information concerning unemployment benefits.

It is important that you keep me informed of your contact information so that we are able to provide information you may need in the future, such as sending you your W-2 form at the appropriate time. You may contact me at the address written at the top of this letter.

In closing, it is with regret that the business of B-Inc. must be closed down. I thank you for your services to the company while I have been the Trustee.

Sincerely,

Melanie L. Cyganowski
Chapter 11 Trustee

Enclosures:

- Unemployment Information Materials