From: Anthony Daniele
Date: Sep 4, 2013 10:25:57 AM
Subject: Fwd: Highlighted version of the TRO
To: Jack Furcht <jfurcht@verizon.net>, Jack Furcht <jack.Furcht@biolitec.com></jack.

I'm sure you know but
I'll continue purchase until I can't

This e-mail message and any attached files are confidential and solely for
use of the addressee(s) named above. If you are not the intended recipient,
you have received this communication in error and any review, use,
dissemination, forwarding, printing, copying, or other distribution of this
e-mail message and/or any attached files is strictly prohibited. If you
have received this confidential communication in error, please notify the
sender immediately by reply e-mail message and permanently delete the
original message. Thank you.

Begin forwarded message:

> From: <jmahoney@AngioDynamics.com>
> Subject: Fwd: Highlighted version of the TRO
> Date: September 3, 2013 10:20:18 PM EDT
> To: <agdaniele@comcast.net>, <lhayden@ExcelaHealth.org>
>
> FYI regarding biolitec. Under law, they cannot provide product to any legacy Biolitec customer. When this product cannot ship, let me know how we can streamline our product into the hospital.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Vedder, Michael" <MVedder@AngioDynamics.com<mailto:MVedder@AngioDynamics.com>>
> To: "Iglesias, Richard" <riglesias@AngioDynamics.com<mailto:riglesias@AngioDynamics.com>>, "Forte, Vance" <VForte@AngioDynamics.com<mailto:VForte@AngioDynamics.com>>, "Vaccino, Robert" <rvaccino@AngioDynamics.com<mailto:rvaccino@AngioDynamics.com>>, "Boyle, Kevin" <kboyle@AngioDynamics.com<mailto:kboyle@AngioDynamics.com>>, "McKelvy, Andrew" <AMcKelvy@AngioDynamics.com<mailto:AMcKelvy@AngioDynamics.com>>, "Mahoney, James" <jmahoney@AngioDynamics.com<mailto:jmahoney@AngioDynamics.com>>, "Minniear, Lia" <LMinniear@AngioDynamics.com<mailto:LMinniear@AngioDynamics.com>>
> Subject: FW: Highlighted version of the TRO
>
> Team,
>
> Team,
>
> Please see attached Temporary Restraining Order document barring any members of Biolitec to contact current customers. Simple

fact is that anyone from the old Biolitec trying to sell anything to their old customer base is violating this TRO. More to come.
>
> Mike
>
> [Description: http://bettertogether.angiodynamics.com/sites/default/files/adlogo.jpg]
> Michael Vedder | Regional Business Manager |Northeast PV Region
> Mobile- 718-757-4714 | Office- 800-772-6446
> mvedder@angiodynamics.com<mailto:mvedder@angiodynamics.com><mailto:rbangs@angiodynamics.com>
>
> From: Peper, Scott
> Sent: Tuesday, September 03, 2013 5:24 PM
> To: Bonner, Jake; Cowser, Ryan; Decarlo, Michael; Galski, Todd; Harms, Bronklyn; Koufos, Holly; Vedder, Michael
> Cc: Trowbridge, Stephen; Soto, John
> Subject: FW: Highlighted version of the TRO
>
> See below guys from Stephen
>
> [Description: Description: http://bettertogether.angiodynamics.com/sites/default/files/adlogo.jpg]
>
> Scott Peper
>
> National Sales Director - Peripheral Vascular
> angiodynamics
>
> Mobile +1 813.966.1675
> P +1 800.772.6446 x1161
> F +1 813.254.0560
> speper@angiodynamics.com<mailto:speper@angiodynamics.com><mailto:speper@angiodynamics.com>
> NASDAQ:ANGO
>
>
> From: Trowbridge, Stephen
> Sent: Tuesday, September 03, 2013 5:21 PM
> To: Peper, Scott
> Subject: Highlighted version of the TRO
>
> Scott,
>
> Attached is the highlighted version of the TRO.
>
> [Description: Description: http://bettertogether.angiodynamics.com/sites/default/files/adlogo.jpg]
>
> Stephen A. Trowbridge
>
> Senior Vice President and General Counsel
> angiodynamics
>
> Mobile +1 518.791.2098
> P +1 518.795.1408
> strowbridge@angiodynamics.com<mailto:strowbridge@angiodynamics.com><mailto:strowbridge@angiodynamics.com>
> NASDAQ:ANGO
>
>
>
> NOTICE: This e-mail message and any attachments may
> contain legally privileged and confidential information intended
> solely for the use of the intended recipients. If you are not an
> intended recipient, you are hereby notified that you have
> received this message in error and any review, dissemination,
> distribution, copying, or other unauthorized use of this email
> and any attachment is strictly prohibited. If you have received
> this email in error, please notify the sender immediately and
> delete the message and any attachments from your system.
>
>
>