**From:** "erich steinert" <erich@fitzgibbonsveincenter.com>
**Date:** September 4, 2013, 7:28:10 AM PDT
**To:** <scottcote@sbcglobal.net>, <scott.cote@biolitec.com>
**Subject: FW: EVLT**

Good morning Scott,

This guy is relentless.   Everything still good from your point of view?
Will you be sending us a new placement agreement?  Please let me know.

Thanks,
Erich

Erich Steinert

P: 213-482-8346 | C: 310-936-4528
FITZGIBBONSVEINCENTER.COM


-----Original Message-----
From: sbridges@AngioDynamics.com [mailto:sbridges@AngioDynamics.com]
Sent: Wednesday, September 04, 2013 6:46 AM
To: erich@fitzgibbonsveincenter.com
Subject: EVLT

Good morning, Erich!  College football has started!  I was thinking about
you this weekend and wondered if you we're watching.

I'm checking in with you to see if Dr. Fitzgibbons is ready to sit down and
meet with me to discuss EVLT in his practice.  It's been three weeks since
the BioLitec acquisition and you've probably either run out of product or
are getting ready to(?).

I truly want to be of service to your account and earn your business. I have yet to even sit down with Dr. Fitzgibbons and you together to discuss the acquisition and your plans; can I schedule a time to come meet with both of you, please? Fitzgibbons Vein Center has an active contract with BioLitec that is now owned by AngioDynamics. At some point - sooner than later - we need to sit down to discuss what happens with that.

I also have new Bankruptcy judgement information to share, so you're aware of everything that is going on and can make the most informed decisions.

Let me know if its time to sit down, please.

Sincerely,

Scott Bridges

Peripheral Vascular Sales - Los Angeles
angiodynamics

Mobile +1 310.781.0304
P +1 800.772.6446x4116
F +1 518.798.1360
sbridges@angiodynamics.com
NASDAQ:ANGO

NOTICE: This e-mail message and any attachments may contain legally privileged and confidential information intended solely for the use of the intended recipients. If you are not an intended recipient, you are hereby notified that you have received this message in error and any review, dissemination, distribution, copying, or other unauthorized use of this email and any attachment is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachments from your system.