| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mount Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>Phone: 973-243-8600<br>Fax: 973-243-8677<br>Joseph J. DiPasquale<br>Henry M. Karwowski<br>jdipasquale@trenklawfirm.com<br>hkarwowski@trenklawfirm.com<br>*Co-Counsel to Biolitec AG and Related Parties*<br><br>**THE GRIFFITH FIRM**<br>45 Broadway, Suite 2200<br>New York, NY 10006<br>Phone: (212) 363-3780<br>Edward Griffith<br>eg@thegriffithfirm.com<br>*Co-Counsel to Biolitec AG and Related Parties* | |
| In re:<br><br>BIOLITEC, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 13-11157 (DHS)<br><br>Honorable Donald H. Steckroth |
| MELANIE CYGANOWSKI, CHAPTER 11<br>TRUSTEE FOR BIOLITEC, INC.; and<br>ANGIODYMANICS, INC.,<br><br>                Plaintiffs,<br>v.<br><br>BIOLITEC US, INC.; BIOLITEC AG;<br>BIOLITEC MEDICAL DEVICES, INC.;<br>BIOMED TECHNOLOGY HOLDINGS, LTD.;<br>CERAMOPTEC INDUSTRIES, INC.; BIOLITEC<br>HOLDING US, INC.; BIOLITEC FZ LLC;<br>WOLFGANG NEUBERGER; JACK FURCHT;<br>SCOTT COTE; CEMAL SAGNAK; DAMIAN PLANGE;<br>JOHN DOE; and JANE DOE,<br><br>                Defendants. | Adv. Pro. No. 13-1883 (DHS) |

## ORDER DISSOLVING OR MODIFYING TEMPORARY RESTRAINTS

    The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

| | |
|---|---|
| Debtor: | Biolitec, Inc. |
| Case No.: | 13-11157 (DHS) |
| Adv. Pro. No.: | 13-1883 (DHS) |
| Caption of Order: | Order Dissolving or Modifying Temporary Restraints |

**THIS MATTER**, having been brought before the Court by Defendants Biolitec US, Inc., Biolitec AG, Biolitec Medical Devices, Inc., Biomed Technology Holdings, Ltd., Ceramoptec Industries, Inc., Biolitec Holding US, Inc., Biolitec FZ LLC, Wolfgang Neuberger, Jack Furcht, Scott Cote, Cemal Sagnak, and Damian Plange (collectively, the "Defendants"), by and through their counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C. ("TD") and The Griffith Firm ("Griffith") (TD and Griffith collectively shall be referred to as "Defendants' Counsel"), upon the filing of an emergent motion (the "Motion") seeking entry of an order dissolving or, in the alternative, modifying temporary restraints established pursuant to the Order to Show Cause with Temporary Restraints (the "Order to Show Cause"), entered in the within adversary proceeding by the Court on September 3, 2013; and the Defendants having filed the Motion on two (2) business days notice to counsel for the Plaintiffs pursuant to the Order to Show Cause; and the Court having considered any opposition thereto; and for good cause shown;

**IT IS HEREBY ORDERED** that the temporary restraints set forth in the Order to Show Cause be and hereby are dissolved in their entirety.

778171_1.DOC